NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1742

STATE OF LOUISIANA

VERSUS

CARROLL HAMILTON A/K/A CAROLL HAMILTON A/K/A CARL
HAMILTON A/K/A CARL S. HAMILTON

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 96485
HONORABLE DURWOOD WAYNE CONQUE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Glenn B. Gremillion, and John B. Scofield[*], Judges.

AFFIRMED.

**Michael Harson**
**District Attorney - Fifteenth Judicial District Court**
**P. O. Box 3306**
**Lafayette, LA 70502-3306**
**Telephone: (337) 232-5170**
**COUNSEL FOR:**
        **Plaintiff/Appellee - State of Louisiana**

---

[*]Honorable John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

**Kenota Pulliam Johnson**
**Louisiana Appellate Project**
**P. O. Box 5781**
**Shreveport, LA 71135**
**Telephone: (318) 524-1024**
**COUNSEL FOR:**
    **Defendant/Appellant - Carroll Hamilton a/k/a Caroll Hamilton a/k/a**
    **Carl Hamilton a/k/a Carl S. Hamilton**

**Carroll Hamilton**
**Lafayette Parish Prison**
**P. O. Box 2537**
**Lafayette, LA 70502**